IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


GEORGE ASSAD, Individually and on Behalf
of All Other Similarly Situated                                                          PLAINTIFF


v.                                    Case No. 1:18-cv-01005-SOH


DELTIC TIMBER CORPORATION; ROBERT
C. NOLAN; JOHN D. ENLOW, SR.; DEBORAH
M. CANNON; RANDOLPH C. COLEY; BERT
H. JONES; CHRISTOPH KELLER, III;
D. MARK LELAND; R. MADISON MURPHY;
R. HUNTER PIERSON, JR.; LENORE M.
SULLIVAN; ROBERT TUDOR III; POTLATCH
CORPORATION; and PORTLAND MERGER LLC                          DEFENDANTS

## <u>ORDER</u>

Before the Court is Plaintiff's Notice of Voluntary Dismissal.  ECF No. 7.  Pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff gives notice that he voluntarily dismisses

this case, with prejudice, as to Plaintiff only, and without prejudice as to the putative class.

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff's claims are hereby dismissed with prejudice as to him

and without prejudice as to the putative class.

**IT IS SO ORDERED**, this 9th day of March, 2018.


                                                            /s/ Susan O. Hickey
                                                            Susan O. Hickey
                                                            United States District Judge